IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRIS PURCELL, *et al* | : CIVIL ACTION |
| | : |
| v. | : NO. 22-469 |
| | : |
| ROB HENNIG, *et al* | : |

## ORDER

AND NOW, this 30th day of March 2022, upon considering Defendants' Motion to dismiss or alternatively stay (ECF Doc. No. 6), Plaintiffs' Opposition to stay and Notice of filing an amended complaint (ECF Doc. No. 7), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 6) is **DENIED**:

1. Defendants' Motion to stay or reassign (ECF Doc. No. 6) is **DENIED**; and,

2. Defendants' Motion to dismiss for failure to state a claim (ECF Doc. No. 6) is **DENIED as moot** given Plaintiffs' representation (ECF Doc. No. 7) of filing an amended Complaint no later than April 4, 2022 consistent with Federal Rule of Civil Procedure 15.

_____
KEARNEY, J.