IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS PURCELL, KIMBERLY GROOME | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-469 |
| | : | |
| ROB HENNIG, HENNIG KRAMER RUIZ & SINGH P.C. | : | |

## ORDER

**AND NOW**, this 19th day of May 2022, upon considering Defendants' Motion to dismiss (ECF Doc. No. 11) the amended Complaint (ECF Doc. No. 10), Plaintiff's Opposition (ECF Doc. No. 12), Defendants' Reply (ECF Doc. No. 13), following oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 11) is **DENIED** and Defendants shall answer the amended Complaint (ECF Doc. No. 10) no later than **June 2, 2022.**

KEARNEY, J.